FILED
CLERK U.S. DISTRICT COURT
NOV 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KRISTIAN MARIA ESCOBAR<br><br>    Defendant. | Case No.: ED-CR- 12-67-VAP<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no verified background info or known bail resources; nature of allegations (not reporting); 11/9/12 conviction for false ID

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | and/or |
| 5 | B. | ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  11/27/12

_____
UNITES STATES MAGISTRATE JUDGE