FILED
CLERK, U.S. DISTRICT COURT
MAR 1 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Kristian Maria Escobar, <br> Defendant. | CR 12-0067-VAP <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. ☑ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: A is not a danger to the community given: defendant's criminal history.

(B) ☑ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: defendant is not a flight risk given defendant's unknown background information; unknown sureties; probation status; and unknown residency.

IT IS ORDERED that defendant be detained.

DATED: 3/12/2013

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE