FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTIAN MARIA ESCOBAR<br><br>　　　　　　　Defendant. | EDCR12-00067-VAP<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//
//

1       The court concludes:
2   A.   (✓)  Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            _She will comply w/conditions of_
6            _release or refrain from_
7            _substance abuse; may also_
8            _suffer from mental health issues._
9
10  (B)   (✓)  Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12           _She will comply with conditions_
13           _of release or refrain from_
14           _substance abuse; may also_
15           _suffer from mental health issues._
16
17       IT IS ORDERED that defendant be detained.
18
19  DATED: 12/2/14
20
21
22                                          _/s/ S. Segal_
23                                          SUZANNE H. SEGAL
                                            UNITED STATES MAGISTRATE JUDGE
24